IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER TUFANO-SMITH                                                                    PLAINTIFF

VS.                                    NO. 4:08CV518SWW

SALINE COUNTY SHERIFF PHIL MASK,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, OFFICER JORDAN ABLE, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY,
OFFICER JANE DOE, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY, OFFICER RAPIER,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY                              DEFENDANTS

## ANSWER TO SECOND AMENDED COMPLAINT

Come Defendants, and for their Answer to Second Amended Complaint of Plaintiff, state:

1. Defendants admit that this Court has jurisdiction.

2. Defendants admit that venue is proper.

3. On information and belief only, Defendants admit the allegations of paragraph 3.

4. Defendants admit that the Saline County Detention Facility is located in Benton, Saline County, Arkansas, which is within the Eastern District of Arkansas.

5. Defendants admit the allegations of paragraph 5.

6. Defendants deny the allegations of paragraph 6.

7. Defendants deny the allegations of paragraph 7.

8. Defendants admit the allegations of paragraph 8 except that they deny that the accusation of child abuse was necessarily false.

9. Defendants deny the allegations of paragraph 9.

10. Defendants deny the allegations of paragraph 10.

11. Defendants deny the allegations of paragraph 11. The officers referred to therein are believed to be officers Jordan Abels and Brian Rapier.

12. Defendants deny the allegations of paragraph 12.

13. Defendants deny the allegations of paragraph 13.

14. Defendants deny the allegations of paragraph 14.

15. Defendants deny the allegations of paragraph 15.

16. Defendants deny the allegations of paragraph 16.

17. Defendants admit that at all relevant times they acted under color of law, but deny that any of the Defendants engaged in any wrongdoing whatsoever, or that Plaintiff sustained damages.

18. Defendants deny the allegations of paragraph 18.

19. This action is barred by the doctrines of sovereign immunity, statutory immunity, and qualified immunity.

20. Any damages sustained by Plaintiff were proximately caused by her own conduct, and not the conduct of these Defendants.

21. No specific allegation in the Complaint is made against Jane Doe, and she should be dismissed as a party Defendant pursuant to the provisions Rule 12(b)(6), Fed. R. Civ. P. Alternatively, to the extent that any paragraph of the Second Amended Complaint alleges liability on the part of Jane Doe, she denies those allegations.

22. Defendants demand trial by jury for all issue so triable.

WHEREFORE, Defendants pray that the Complaint of Plaintiff be dismissed; for costs, including attorneys fees; and for all other proper relief.

          s/George D. Ellis
          GEORGE D. ELLIS (ARK. BAR NO. 72035)
          Attorney for Defendants
          Ellis Law Firm, P.A.
          P.O. Box 2307
          Benton, Arkansas 72018
          (501) 315-1000 (telephone)
          (501) 315-4222 (fax)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 2nd, 2008, I electronically filed the foregoing Answer to Second Amended Complaint with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to Ms. Cathleen V. Compton, Attorney for Plaintiff, Dudley and Compton, 114 South Pulaski Street, Little Rock, Arkansas 72201.

          s/George D. Ellis
          GEORGE D. ELLIS