IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER TUFANO-SMITH                                                                               PLAINTIFF

VS.                              NO. 4:08cv00518-SWW

SALINE COUNTY SHERIFF PHIL MASK,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, OFFICER JORDAN ABLE, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY,
OFFICER JANE DOE, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY, OFFICER RAPIER,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY                              DEFENDANTS

## STIPULATION FOR DISMISSAL

Pursuant to the provisions of Rule 41 (a) (1) (A) (ii), the parties do hereby stipulate that the above case is dismissed without prejudice.

The parties further stipulate that in the event Plaintiff refiles this same claim against these same Defendants, the requirements of Rule 41 (d) (1) shall not be applicable.

/s/ Cathleen Compton
CATHLEEN V. COMPTON (AR BAR NO. 85031)
Attorney for Plaintiff
711 West Third Street
Little Rock, Arkansas 72201
(501) 978-5116 (telephone)
*cathi@cathicomptonlaw.com*

and

/s/ George D. Ellis
GEORGE D. ELLIS (ARK. BAR NO. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
P.O. Box 2307
Benton, Arkansas 72018
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*