IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER TUFANO-SMITH                                                                 PLAINTIFF

VS.                                          NO. 4:08cv00518-SWW

SALINE COUNTY SHERIFF PHIL MASK,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, OFFICER JORDAN ABLE, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY,
OFFICER JANE DOE, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY, OFFICER RAPIER,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY                                      DEFENDANTS

## ORDER

In accordance with the Stipulation for Dismissal (Document No. 19), the above cause should be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED this 21st day of September 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE